IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JERRY D. EZELL,

Appellant,

v.

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION and WAL-MART
ASSOCIATES, INC.,

Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2985

_____/

Opinion filed March 20, 2015.

An appeal from an order from the Reemployment Assistance Appeals
Commission.

Frank E. Brown, Chairman.

Jerry D. Ezell, pro se, Appellant.

Louis A. Gutierrez, Tallahassee, for Appellees.

PER CURIAM.

AFFIRMED.

MARSTILLER, RAY, and SWANSON, JJ., CONCUR.